# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

NADIA MARY METROKA

*Pro Se*

Case No. 23-2847
Case No. 23-2220
Case No. 23-2004

APPELLANT

v.

LOWER MORELAND POLICE
DEPARTMENT, OFFICER HEIST
INDIVIDUALLY AND ON BEHALF
OF LOWER MORELAND TOWNSHIP
POLICE DEPARMENT, PENNSYLVANIA
STATE LAW ENFORCEMENT AGENCY,
GOOGLE, MONTGOMERY COUNTY,

Represented by Counsel

APPELLEES,

## MOTION FOR LEAVE TO FILE SECOND AMENDED APPELLATE REPLY BRIEF

COMES NOW the Appellant, Nadia Mary Metroka, pursuant to Federal Rule of Appellate Procedure 27 and the Third Circuit L.A.R. 27.1, and moves this Honorable Court for leave to file a second amended reply brief. In support of this motion, Appellant respectfully provides the following:

Every case this Court receives for review is equally important because every decision this Court makes impacts society.

The subject matter of this case happens to impact our privacy rights (and the privacy rights of our descendants) as it pertains to the information disseminated to the radio waves owned by GOOGLE, Microsoft 'Bing', DuckDuckGo, YAHOO, and AOL.

The conduct giving rise to this matter has caused *pro se* Appellant's life significant harm and devastation. If it has caused her the level of harm that it has, then it is undeniably devastating

1

the 1000s, if not millions, of people that have also been subjected to the practice of entities and persons using information obtained from arrests as click-bate online.

This Court has everything it needs to stop the harmful practice. It has the power, it has the law on it's side, it has a great group of people working in the clerk's office, and a forward thinking and advanced group of Judges. Collectively, this Court and the District Court are going to make history and save many futures (and lives) in our communities.[1]

*Pro se* Appellant dropped the ball by inadvertently filing the wrong draft for her reply brief on March 11, 2024. Admittedly, she already filed a motion for leave to file an amended brief but did not realize the error made the second time until she was tasked with printing out hard copies for this Court.

*Pro se* Appellant swears and affirms that she is not filing this motion for leave to file a second amended brief for purpose of delay and prays this Court does not permit *Pro se* Appellant's filing error (made during a time when *pro se* Appellant had unexpected matters arise and resulting time constraints) impact the appropriate lawful outcome of this matter.

**WHEREFORE**, *Pro se* Appellant respectfully requests this Court grant her leave to file the enclosed amened brief because she could not have anticipated that she would make such a mistake.

Respectfully submitted,

Nadia Mary Metroka

---

[1] *Pro se* Appellant has met many people who have been devastated by this type of conduct occurring on the internet radio waves owned by Google, Microsoft 'Bing', DuckDuckGo, AOL, and YAHOO. People from all walks of life are having their lives and futures ruined (our justice system included) without any ability to stop it. It is happening across the nation in almost every state. Pennsylvania is the birthplace of our nation and our constitutional rights to privacy. It is fitting that this Court be the leader to other states implementing laws to protect their citizens from this specific type of exploitation on internet radio waves.

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I electronically filed the foregoing Motion for Leave to File Second Amended Reply Brief with the Clerk of the Court for the United States Court of Appeals for the Third Circuit using the appellate CM/ECF system. Counsel of record for all parties are registered CM/ECF users and will be served by the appellate CM/ECF system.

Respectfully Submitted,

Nadia Mary Metroka
1300 Washington Avenue
#191452
Miami Beach, Florida 33119
(305) 906-2704